IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

S. PETER CAPUA, ESQUIRE,

  Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF
CORRECTIONS,

  Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2280

_____/

Opinion filed February 19, 2015.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill, III, Judge.

Date of Accident: August 13, 2008.

S. Peter Capua, Pro Se.

Marlene P. Klein, Assistant County Attorney, Miami, for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.